UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BBC ICE CREAM LLC,

                         Plaintiff,                26-cv-2770 (JGK)

             - against -                ORDER

SPREADSHIRT, INC., ET AL.,

                       Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

May 11, 2026.

SO ORDERED.

Dated:    New York, New York
         April 27, 2026

                                  John G. Koeltl
                         United States District Judge