**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BBC Ice Cream, LLC,**

**Plaintiff,**

**- against -**

**Spreadshirt Inc.,**

**Defendant.**

**26-cv-2770 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are requested to file a status report with the Court by **September 9, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 27, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**