BSF | BOIES SCHILLER FLEXNER

November 20, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

[signature]
John G. Koeltl, U.S.D.J.
11/21/26

**Re:** ***BBC Ice Cream LLC v. Spreadshirt, Inc. and John Does 1-10,***
**Case No. 1:26-cv-02770 (JGK)**

Dear Judge Koeltl:

We represent BBC Ice Cream LLC ("BBC"). Pursuant to Individual Practice VII.A.2 and Section 6 of the Court's Electronic Case Filing Rules, BBC requests approval of the proposed redactions to two paragraphs of the publicly filed version of its contemporaneous pre-motion letter concerning its anticipated motion for leave to amend the complaint. BBC also requests that the unredacted version of its pre-motion letter, separately filed under provisional seal with the proposed redactions highlighted, remain under seal pending the Court's determination of whether continued sealing is warranted.

The requested redactions concern the testimony summarized in two paragraphs for which counsel for Spreadshirt, Inc. requested confidential treatment. By contemporaneous service of this application, BBC notifies Spreadshirt of its obligation under Individual Practice VII.A.2 to file, within three days, a letter explaining the need for the redaction.

Sincerely,

*/s/ Andrew Villacastin*
Andrew Villacastin
avillacastin@bsfllp.com
*Counsel for Plaintiff BBC Ice Cream LLC*